```
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
```
*Attorneys for Plaintiff*
*Amy Lahav*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMY LAHAV, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JACOBS ENGINEERING GROUP INC., a foreign corporation; DOES 1 through X; and ROE Corporations XI through XX inclusive,<br><br>Defendant(s). | Case No: 2:25-cv-01202-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS

It is hereby stipulated by and between Plaintiff Amy Lahav ("Plaintiff" or "Lahav") and Defendant Jacobs Engineering Group Inc. ("Defendant") (collectively, "the parties"), by and through their respective attorneys of record, that Plaintiff shall have an extension up to and including August 7, 2025, for Plaintiff to file her Response to Defendant's Motion to Dismiss. Moreover, the parties stipulate and agree that Defendant shall receive a reciprocal extension for the reply, extending the deadline from August 14, 2025, to August 28, 2025. This stipulation is submitted per LR IA 6-1.  Defendant filed its Motion to Dismiss on July 10, 2025 and Plaintiff's Response is currently due on July 24, 2025. *See* ECF No. 7. This is the first request for an extension to file Plaintiff's

Response to Defendant's Motion to Dismiss and for an extension to file Defendant's Reply to the same.

This request is based upon the following:

1. Defendant filed its Motion to Dismiss on July 10, 2025. ECF No. 7.

2. Plaintiff's responsive pleading is currently due July 24, 2025. *See* ECF No. 17.

3. This is the first request for an extension of time for Plaintiff to file her response.

4. This request for extension is made in good faith and good cause supports the request.

5. Unfortunately, Plaintiff's counsel's close family member passed away which has necessitated immediate out-of-state travel, exigency schedule changes, personnel commitment, and restructuring of some tasks.

6. Plaintiff has requested this extension and Defendant has graciously accepted. Plaintiff has also agreed to provide a reciprocal extension for the reply.

7. Therefore, the parties agree that the deadline to file Plaintiff's Response to Defendant's Motion to Dismiss Complaint shall be extended from July 24, 2025 to **August 7, 2025**, and the deadline to file Defendant's Reply to Defendant's Motion shall be extended from August 14 to **August 28, 2025.**

/ / /

8. No party is prejudiced by this request and this request is made in good faith and not for purposes of delay.

Dated this 24th day of July 2025.

GABROY | MESSER

By:  */s/ Christian Gabroy*
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

Dated this 24th day of July 2025.

LITTLER MENDELSON, P.C.

By: */s/ Kelsey E. Stegall*
Ethan D. Thomas
(#12874)
 Kelsey E. Stegall
(#14279)
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
edthomas@littler.com
kstegall@littler.com
*Attorneys for Defendant*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2025