Ethan D. Thomas, Esq.
Nevada State Bar No. 12874
Kelsey E. Stegall, Esq.
Nevada State Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
Telephone: 702.862.8800
Fax No.: 702.862.8811
edthomas@littler.com
kstegall@littler.com

Attorneys for Defendant
JACOBS ENGINEERING GROUP INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMY LAHAV, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JACOBS ENGINEERING GROUP INC., a foreign corporation; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-01202-RFB-MDC<br><br>**MOTION TO REMOVE COUNSEL S. JORDAN WALSH FROM THE CM/ECF SERVICE LIST** |

    Defendant, JACOBS ENGINEERING GROUP INC., ("Defendant") hereby moves this Court for an Order removing S. Jordan Walsh, Esq. from the electronic service list for this case.

/ / /

/ / /

/ / /

Specifically, Defendant's Statement Regarding Removal, (ECF No. 8), was erroneously filed under the wrong attorney's Pacer account. Ms. Walsh does not work on this matter, and Defendant respectfully requests that this Court grant an Order removing her from the electronic service list for this case.

Dated: July 24, 2025

LITTLER MENDELSON, P.C.

IT IS SO ORDERED.

/s/ Kelsey E. Stegall, Esq.
Ethan D. Thomas
Kelsey E. Stegall

Attorneys for Defendant
JACOBS ENGINEERING GROUP INC.

_____
Hon. Maximiliano D. Couvillier III

United States Magistrate Judge

Dated: 8-1-25

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 501 W. Broadway, Suite 900, San Diego, CA 92101-3577. On July 24, 2025, I served the within document(s):

**MOTION TO REMOVE COUNSEL S. JORDAN WALSH**
**FROM THE CM/ECF SERVICE LIST**

☒ By **Electronic Service** - Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system.

Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY / MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2025, at San Diego, CA.

　　　　　　　　　　　　　　　　　　　*/s/ Erin J. Melwak*
　　　　　　　　　　　　　　　　　　　Erin J. Melwak
　　　　　　　　　　　　　　　　　　　Littler Mendelson

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

3

4906-7253-2311.1 / 089773.1036