UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMY LAHAV, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JACOBS ENGINEERING GROUP INC., a foreign corporation; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01202-RFB-MDC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE DISMISSAL DOCUMENTS**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff Amy Lahav ("Plaintiff") and Defendant Jacobs Engineering Group Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time to file the dismissal documents currently set for November 18, 2025, (ECF No. 22).

　　　　The parties are in the final stages of finalizing settlement terms.  However, Plaintiff's counsel have been in trial and have therefore had some delays affecting this matter. Moreover, the parties need ample time to effectuate some of the terms of the agreement. Because of this, the parties require an extension of time beyond the original November 18, 2025 deadline.

　　　　The parties have been diligently working to finalize the settlement agreement, and they are confident that it will be fully executed shortly.  Accordingly, the parties request a 49-day, or 7-

1   week, extension from the Court's November 18, 2025 deadline (*see* ECF No. 22), to allow for the
2   finalization of the settlement agreement and compliance with its terms, followed by the filing of
3   the dismissal paperwork.  This additional time is necessary to comply with the terms of the
4   agreement and to account for the upcoming holidays. The parties therefore respectfully request the
5   deadline to file the dismissal paperwork be extended to **January 6, 2026.**
6           This request is made in good faith and not for the purpose of delay.

IT IS SO ORDERED:

Dated: November 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2