Ethan D. Thomas, Esq.
Nevada State Bar No. 12874
Kelsey E. Stegall, Esq.
Nevada State Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113-4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
edthomas@littler.com
kstegall@littler.com

Attorneys for Defendant
JACOBS ENGINEERING GROUP INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY LAHAV, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>JACOBS ENGINEERING GROUP INC., a foreign corporation; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>  Defendants. | Case No. 2:25-cv-01202-RFB-MDC<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff Amy Lahav ("Plaintiff") and Defendant Jacobs Engineering Group Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

///

///

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: December 23, 2025

GABROY / MESSER

/s/ Kaine Messer
Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

Attorneys for Plaintiff
Amy Lahav

Dated: December 23, 2025

LITTLER MENDELSON, P.C.

/s/ Kelsey Stegall
Ethan D. Thomas, Esq., Bar No. 12874
Kelsey E. Stegall, Esq., Bar No. 14279
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113-4770

Attorneys for Defendant
Jacobs Engineering Group Inc.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2025.

4922-3231-3716.1 / 089773.1036